# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEORGE KARTOZIA, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO.: ) 4:18-cv-00194-CDL |
| v. | ) ) |
| RMK FINANCIAL CORP d/b/a MAJESTIC HOME LOAN, SERVICE 1st MORTGAGE, INC., ROBERT COLE, and ARMOUR SETTLEMENT SERVICES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT REGARDING
## SERVICE 1st MORTGAGE, INC. AND ROBERT COLE

COME NOW Relator George Kartozia ("Kartozia") and Defendants Service 1st Mortgage, Inc. ("Service 1st") and Robert Cole ("Cole") and hereby give notice that they have reached a settlement in principle in this action. Kartozia, Service 1st, and Cole have agreed to a draft settlement agreement which is currently in the process of being reviewed and approved by the government. Kartozia, Service 1st, and Cole anticipate requesting that Service 1st and Cole be dismissed from this action pursuant to the terms of the settlement agreement once it is approved by the government and executed.

Respectfully submitted this the 11th day of July, 2023.

*/s/ Bradley W. Pratt*
BRADLEY W. PRATT
Georgia Bar No. 586672
FRANK T. BAYUK
Georgia Bar No.: 142596
**Bayuk Pratt, LLC**
4401 Northside Parkway, Suite 390
Atlanta, GA 30327
(404) 500-2669
bradley@bayukpratt.com

WBD (US) 62738535

frank@bayukpratt.com

MICHAEL J. MOORE
Georgia Bar No. 520109
AIMEE J. HALL
Georgia Bar No. 318048
**Moore Hall, LLC**
3630 Peachtree Road NE, Suite 1025
Atlanta, GA 30326
(404) 882-2960
mjmoore@moorehall.com
ajhall@moorehall.com

MARLAN B. WILBANKS
Georgia Bar No. 758223
*(Admitted pro hac vice)*
SUSAN S. GOUINLOCK
Georgia Bar No. 303217
*(Admitted pro hac vice)*
THOMAS H. WILLOUGHBY
Georgia Bar No. 960104
*(Admitted pro hac vice)*
**Wilbanks and Gouinlock, LLP**
3490 Piedmont Road NE, Suite 1010
Atlanta, GA 30305
(404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com
thw@wilbanksgouinlock.com
*Attorneys for Relator*

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181
James E. Connelly
State Bar No. 181808
Womble Bond Dickinson (US), LLP
271 7th Street, NW
Suite 2400
Atlanta, GA 30363
arthur.ebbs@wbd-us.com
james.connelly@wbd-us.com
*Attorneys for Defendants Service 1st Mortgage, Inc. and Robert Cole*

## CERTIFICATE OF SERVICE

The undersigned certifies that that the foregoing document was filed through the Court's CM/ECF system, which will automatically serve all counsel of record with a true and correct copy thereof.

This the 11th day of July, 2023.

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181