IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* GEORGE KARTOZIA,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION;<br>R M K FINANCIAL CORP d/b/a MAJESTIC<br>HOME LOAN; LOANDEPOT.COM, LLC;<br>SERVICE 1st MORTGAGE, INC.; ROBERT<br>COLE; and ARMOUR SETTLEMENT<br>SERVICES, LLC,<br><br>    Defendants. | CIVIL ACTION NO.<br>4:18-cv-194 (CDL) |

**NOTICE OF SETTLEMENT REGARDING FREEDOM
MORTGAGE CORPORATION AND CONSENT MOTION TO STAY**

COME NOW Plaintiff-Relator George Kartozia ("Kartozia") and Defendant Freedom Mortgage Corporation ("Freedom") and hereby give notice that they have reached a settlement in principle in this action. Kartozia and Freedom are in the process of finalizing a draft settlement agreement, which will then be submitted to the United States for its review and approval. Because Kartozia and Freedom anticipate requesting that Freedom be dismissed from this action pursuant to the terms of the forthcoming settlement agreement once it is approved by the government, Kartozia and Freedom also jointly move the Court to stay all case deadlines as they relate to Freedom. In support of this request, Kartozia and Freedom show the Court as follows:

1. This Court has broad discretion in managing its own docket, including with respect to staying proceedings. *Parris v. 3M Co.*, No. 4:21-CV-40-TWT, 2023 U.S. Dist. LEXIS 204249, at *5 (N.D. Ga. Nov. 15, 2023). Good cause exists that warrants a stay here because Kartozia and

Freedom agree that it is in both parties' interest to avoid expending needless time and resources on expert discovery, dispositive motions, and other pre-trial matters given the parties' settlement in principle.

2. Under the current case deadlines, expert depositions must be concluded by January 12, 2024, and dispositive motions must be filed by February 2, 2024. Although it is unlikely the government will approve the settlement agreement before January 12, 2024, Kartozia and Freedom expect that the government will ultimately approve the settlement as it has for other parties in this litigation.

3. In light of the foregoing, and in order to avoid the continued expense of litigating Kartozia's claims against Freedom—including taking and defending expert depositions and drafting dispositive motions—Kartozia and Freedom request that the Court stay all remaining deadlines as to Freedom for a period of 45 days to obtain government approval and finalize the settlement. This is consistent with the prior stay entered by the Court to allow for other defendants to finalize their settlement agreements with Relator and obtain government approval. Dkt. No. 250.

Respectfully submitted this 3rd day of January, 2024.

/s/ R. Joseph Burby
William H. Jordan
R. Joseph Burby, IV
Matthew L.J.D. Dowell
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 303096
bill.jordan@alston.com
joey.burby@alston.com
matt.dowell@alston.com

*Attorneys for Defendant Freedom Mortgage Corporation*

/s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
Georgia Bar No. 758223
*(Admitted pro hac vice)*
SUSAN S. GOUINLOCK
Georgia Bar No. 303217
*(Admitted pro hac vice)*
THOMAS H. WILLOUGHBY
Georgia Bar No. 960104
*(Admitted pro hac vice)*
**Wilbanks and Gouinlock, LLP**
3490 Piedmont Road NE, Suite 1010
Atlanta, GA 30305
(404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com
thw@wilbanksgouinlock.com

MICHAEL J. MOORE
Georgia Bar No. 520109
AIMEE J. HALL
Georgia Bar No. 318048
**Moore Hall, LLC**
3630 Peachtree Road NE, Suite 1025
Atlanta, GA 30326
(404) 882-2960
mjmoore@moorehall.com
ajhall@moorehall.com

BRADLEY W. PRATT
Georgia Bar No. 586672
FRANK T. BAYUK
Georgia Bar No.: 142596
**Bayuk Pratt, LLC**
4401 Northside Parkway, Suite 390
Atlanta, GA 30327
(404) 500-2669
bradley@bayukpratt.com
frank@bayukpratt.com

*Attorneys for Relator*

3

## **CERTIFICATE OF SERVICE**

I certify that on January 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of this filing to the attorneys of record.

>
> */s/ R. Joseph Burby*
> R. Joseph Burby, IV