# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GEORGE KARTOZIA, <br><br> Plaintiff-Relator, <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION; R M K FINANCIAL CORP d/b/a MAJESTIC HOME LOAN; LOANDEPOT.COM, LLC; SERVICE 1st MORTGAGE, INC.; ROBERT COLE; and ARMOUR SETTLEMENT SERVICES, LLC, <br><br> Defendants. | CIVIL ACTION NO. 4:18-cv-194 (CDL) |

## NOTICE OF SETTLEMENT REGARDING LOANDEPOT.COM, LLC AND CONSENT MOTION TO STAY

Plaintiff-Relator George Kartozia ("Kartozia") and Defendant loanDepot.com, LLC ("loanDepot") hereby give notice that they have reached a settlement in principle in this action. Kartozia and loanDepot are finalizing a draft settlement agreement and anticipate requesting that loanDepot be dismissed from this action pursuant to the terms of the forthcoming settlement agreement once the damages settlement amount and agreement has been reviewed and approved by the government. Accordingly, Kartozia and loanDepot jointly move the Court to stay all case deadlines as to loanDepot. In support of this request, Kartozia and loanDepot state as follows:

1. This Court has broad discretion in managing its own docket, including with respect to staying proceedings. *Parris v. 3M Co.*, No. 4:21-CV-40-TWT, 2023 WL 8530594, at *1 (N.D. Ga. Nov. 15, 2023). Kartozia and loanDepot agree that it is in both parties' interest to avoid expending time and resources on expert discovery, dispositive motions, and other pre-trial matters given the parties' settlement in principle. In addition, further good cause exists to warrant a stay

here because all parties to this action have now reached settlements pending government approval.

2. Under the current case deadlines, expert depositions must be concluded by January 12, 2024, and dispositive motions must be filed by February 2, 2024. Although, as advised to Kartozia's counsel by the Department of Justice, it is unlikely the government will approve the FCA damages settlement figure before January 12, 2024, Kartozia and loanDepot expect that the government will ultimately approve that settlement damages amount and agreement.

3. In light of the foregoing, and to avoid the continued expense of litigating Kartozia's claims, Kartozia and loanDepot request that the Court stay all remaining deadlines for a period of 45 days to obtain government approval and finalize the settlement. This is consistent with the prior stay entered by the Court to allow for other defendants to finalize their settlement agreements with Relator and obtain government approval. Dkt. No. 250.

Respectfully submitted this 10th day of January 2024.

<u>/s/ Shamis Beckley</u>
WILLIAM V. CUSTER
JENNIFER B. DEMPSEY
Bryan Cave Leighton Paisner LLP
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
(404)572-6600
bill.custer@bclplaw.com
jennifer.dempsey@bclplaw.com

~AND~

MICHELLE L. ROGERS
*(Admitted pro hac vice)*
KATHERINE B. KATZ
*(Admitted pro hac vice)*
SHAMIS BECKLEY
*(Admitted pro hac vice)*
Cooley LLP
1299 Pennsylvania Ave NW,
STE 700
Washington, DC 20004,
(202)776-2227
mrogers@cooley.com
kkatz@cooley.com
sbeckley@cooley.com

*Attorneys for Defendant loanDepot.com, LLC*

       */s/ Marlan B. Wilbanks*
MARLAN B. WILBANKS
Georgia Bar No. 758223
*(Admitted pro hac vice)*
SUSAN S. GOUINLOCK
Georgia Bar No. 303217
*(Admitted pro hac vice)*
THOMAS H. WILLOUGHBY
Georgia Bar No. 960104
*(Admitted pro hac vice)*
**Wilbanks and Gouinlock, LLP**
3490 Piedmont Road NE, Suite 1010
Atlanta, GA 30305
(404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com
thw@wilbanksgouinlock.com

MICHAEL J. MOORE
Georgia Bar No. 520109
AIMEE J. HALL
Georgia Bar No. 318048
**Moore Hall, LLC**
3630 Peachtree Road NE, Suite 1025
Atlanta, GA 30326
(404) 882-2960
mjmoore@moorehall.com
ajhall@moorehall.com

BRADLEY W. PRATT
Georgia Bar No. 586672
FRANK T. BAYUK
Georgia Bar No.: 142596
**Bayuk Pratt, LLC**
4401 Northside Parkway, Suite 390
Atlanta, GA 30327
(404) 500-2669
bradley@bayukpratt.com
frank@bayukpratt.com

*Attorneys for Relator*

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of this filing to the attorneys of record.

*/s/ Shamis Beckley*