IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEORGE KARTOZIA, <br><br> *Plaintiffs,* <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION; R M K FINANCIAL CORPORATION *d/b/a* MAJESTIC HOME LOAN; LOANDEPOT.COM, LLC; SERVICE 1st MORTGAGE, INC.; ROBERT COLE; and ARMOUR SETTLEMENT SERVICES, LLC, <br><br> *Defendants.* | Civil Action File No.: <br><br> 4:18-cv-00194-CDL <br><br><br> **JURY TRIAL DEMANDED** |

FINAL STATUS REPORT

Pursuant to the Court's Order following the proceedings held on January 11, 2024 (Doc. 262), the parties in the above captioned matter file this final status report.

The cases between the Relator and all Defendants to this action have been settled, to include issues of attorneys' fees and costs. The United States has obtained authorization to consent to the dismissal of Relator's claims against all Defendants pursuant to the negotiated resolutions. Settlement agreements have

been executed between the Relator and all Defendants. Relator and the United States have reached an agreement with Relator on share for each of the settlements and Relator has reached agreement on attorneys' fees with each of the Defendants.

The parties will file a Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a), upon confirmation that the United States has received the settlement funds from the Defendants and that counsel for Relator has received those amounts due from the Defendants under the terms of the Settlement Agreements related to statutory fees and costs.

Respectfully submitted, this 12th day of February 2024.

| | |
|---|---|
| */s/ Michael J. Moore* | */s/   Scott E. Zweigel* |
| MICHAEL J. MOORE | SCOTT E. ZWEIGEL |
| Georgia Bar No. 520109 | Georgia Bar No. 786616 |
| AIMEE J. HALL | **Bradley Arant Boult Cummings, LLP** |
| Georgia Bar No. 318048 | Promenade Tower |
| **Moore Hall, LLC** | 1230 Peachtree Street NE |
| 3630 Peachtree Road NE, Suite 1025 | 20th Floor |
| Atlanta, GA 30326 | Atlanta, GA 30309 |
| (404) 882-2960 | (404) 868-2005 |
| mjmoore@moorehall.com | szweigel@bradley.com |
| ajhall@moorehall.com | |
| | *Counsel for Defendant RMK Financial Corporation d/b/a Majestic Home Loan* |
| MARLAN B. WILBANKS | |
| Georgia Bar No. 758223 | |
| *(Admitted pro hac vice)* | */s/   Arthur A. Ebbs* |
| SUSAN S. GOUINLOCK | ARTHUR A. EBBS |
| Georgia Bar No. 303217 | Georgia Bar No. 416181 |

| | |
|---|---|
| *(Admitted pro hac vice)*<br>THOMAS H. WILLOUGHBY<br>Georgia Bar No. 960104<br>*(Admitted pro hac vice)*<br>**Wilbanks and Gouinlock, LLP**<br>3490 Piedmont Road NE, Suite 1010<br>Atlanta, GA 30305<br>(404) 842-1075<br>mbw@wilbanksgouinlock.com<br>ssg@wilbanksgouinlock.com<br>thw@wilbanksgouinlock.com | JAMES E. CONNELLY<br>Georgia Bar No. 181808<br>**Womble Bond Dickinson (US), LLP**<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, GA 30363<br>(404) 888-7453<br>arthur.ebbs@wbd-us.com<br>james.connelly@wbd-us.com<br><br>*Counsel for Defendants Service 1st Mortgage, Inc. and Robert Cole* |
| BRADLEY W. PRATT<br>Georgia Bar No. 586672<br>FRANK T. BAYUK<br>Georgia Bar No.: 142596<br>**Bayuk Pratt, LLC**<br>4401 Northside Parkway, Suite 390<br>Atlanta, GA 30327<br>(404) 500-2669<br>bradley@bayukpratt.com<br>frank@bayukpratt.com<br><br>*Counsel for Relator Kartozia* | /s/____R. Joseph Burby, IV_____<br>R. JOSEPH BURBY, IV<br>William H. Jordan<br>Matthew L.J.D. Dowell<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 303096<br>bill.jordan@alston.com<br>joey.burby@alston.com<br>matt.dowell@alston.com<br><br>*Counsel for Defendant Freedom Mortgage Corporation* |
| /s/_Mathew I. Dowling_____<br> Mathew I. Dowling<br>Georgia Bar No. 110609<br>CRUSER, MITCHELL, NOVITZ,<br>SANCHEZ, GASTON & ZIMET, LLP<br>275 Scientific Drive<br>Suite 2000<br>Norcross, Georgia 30092<br>Tel: (404) 881-2633<br>mdowling@cmlawfirm.com<br><br>*Counsel for Defendant Armour Settlement Services, LLC* | /s/____Shamis Beckley_____<br>William V. Custer<br>Jennifer B. Dempsey<br>Bryan Cave Leighton Paisner, LLP<br>One Atlantic Center - Fourteenth Floor<br>1201 W. Peachtree St., N.W.<br>Atlanta, GA 30309<br>bill.custer@bclplaw.com<br>jennifer.dempsey@bclplaw.com<br>~AND~ |

Michelle L. Rogers
Katherine B. Katz
Shamis Beckley
Cooley, LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
mrogers@cooley.com
kkatz@cooley.com
SBeckley@cooley.com

*Counsel for Defendant loanDepot.com, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing FINAL STATUS REPORT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of this filing to all attorneys of record.

*/s/ Michael J. Moore*
MICHAEL J. MOORE