IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEORGE KARTOZIA, <br><br> *Plaintiffs,* <br><br> v. <br><br> FREEDOM MORTGAGE CORPORATION; R M K FINANCIAL CORPORATION *d/b/a* MAJESTIC HOME LOAN; LOANDEPOT.COM, LLC; SERVICE 1st MORTGAGE, INC.; ROBERT COLE; and ARMOUR SETTLEMENT SERVICES, LLC, <br><br> *Defendants.* | Civil Action File No.: <br><br> 4:18-cv-00194-CDL <br><br><br> **JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL**

COME NOW Relator George Kartozia and Defendants Freedom Mortgage Corporation; R M K Financial Corporation d/b/a Majestic Home Loan; loanDepot.com, LLC; Service 1st Mortgage, Inc.; Robert Cole; and Armour Settlement Services, LLC (collectively "Defendants"), and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against these Defendants. Such dismissal shall be with prejudice as to Relator Kartozia, and without prejudice as to the United States. Pursuant to 31 U.S.C. § 3730(b), such dismissal shall not become effective until the United States files its consent thereto.

Relator Kartozia and Defendants further request that the Court retain jurisdiction to adjudicate any disputes, if necessary, arising from the settlement agreements separately entered into between Relator and each Defendant, and approved by the United States.

Respectfully submitted, this 14th day of March 2024.

/s/ Michael J. Moore
MICHAEL J. MOORE
Georgia Bar No. 520109
AIMEE J. HALL
Georgia Bar No. 318048
**Moore Hall, LLC**
3630 Peachtree Road NE, Suite 1025
Atlanta, GA 30326
(404) 882-2960
mjmoore@moorehall.com
ajhall@moorehall.com

MARLAN B. WILBANKS
Georgia Bar No. 758223
*(Admitted pro hac vice)*
SUSAN S. GOUINLOCK
Georgia Bar No. 303217
*(Admitted pro hac vice)*
THOMAS H. WILLOUGHBY
Georgia Bar No. 960104
*(Admitted pro hac vice)*
**Wilbanks and Gouinlock, LLP**
3490 Piedmont Road NE, Suite 1010
Atlanta, GA 30305
(404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com
thw@wilbanksgouinlock.com

BRADLEY W. PRATT
Georgia Bar No. 586672
FRANK T. BAYUK
Georgia Bar No.: 142596
**Bayuk Pratt, LLC**
4401 Northside Parkway, Suite 390
Atlanta, GA 30327
(404) 500-2669
bradley@bayukpratt.com
frank@bayukpratt.com

*Counsel for Relator Kartozia*

/s/  Scott Zweigel
SCOTT ZWEIGEL
Georgia Bar No. 786616
**Bradley Arant Boult Cummings, LLP**
Promenade Tower
1230 Peachtree Street NE
20th Floor
Atlanta, GA 30309
(404) 868-2005
szweigel@bradley.com

*Counsel for Defendant RMK Financial b/b/a Majestic Home Loan*

/s/ Matthew I. Dowling
MATTHEW I. DOWLING
Georgia Bar No. 110609
**Cruser, Mitchell, Novitz,**
**Sanchez, Gaston & Zimet, LLP**
275 Scientific Drive
Suite 2000
Norcross, Georgia 30092
Tel: (404) 881-2633
mdowling@cmlawfirm.com

*Counsel for Defendant Armour*
*Settlement Services, LLC*

/s/ Arthur A. Ebbs
ARTHUR A. EBBS
Georgia Bar No. 416181
JAMES E. CONNELLY
Georgia Bar No. 181808
**Womble Bond Dickinson (US), LLP**
271 17th Street, NW
Suite 2400
Atlanta, GA 30363
(404) 888-7453
arthur.ebbs@wbd-us.com
james.connelly@wbd-us.com

*Counsel for Defendants Service 1st*
*Mortgage, Inc. and Robert Cole*

/s/ R. Joseph Burby, IV
R. JOSEPH BURBY, IV
William H. Jordan
Matthew L.J.D. Dowell
**Alston & Bird, LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 303096
bill.jordan@alston.com
joey.burby@alston.com
matt.dowell@alston.com

*Counsel for Defendant Freedom*
*Mortgage Corporation*

/s/ Shamis Beckley
William V. Custer
Jennifer B. Dempsey
**Bryan Cave Leighton Paisner, LLP**
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309
bill.custer@bclplaw.com
jennifer.dempsey@bclplaw.com
~AND~
Michelle L. Rogers
Katherine B. Katz
Shamis Beckley
**Cooley, LLP**
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
mrogers@cooley.com
kkatz@cooley.com
SBeckley@cooley.com

*Counsel for Defendant loanDepot.com, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of this filing to all attorneys of record.

*/s/ Michael J. Moore*
MICHAEL J. MOORE
