# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* GEORGE KARTOZIA <br><br> Plaintiffs, <br><br> v. <br><br> FREEDOM MORTGAGE CORP., *et al.*, <br><br> Defendants. | No. 4:18-cv-00194-CDL |

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On March 14, 2024, Relator George Kartozia (Relator), and Defendants RMK Financial d/b/a Majestic Home Loan, Armour Settlement Services, LLC, Service 1st Mortgage, Inc., Robert Cole, Freedom Mortgage Corporation, and loanDepot.com, LLC (collectively, Defendants), filed a joint stipulation of dismissal of Relator's claims against the Defendants in this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of Relator's claims against the Defendants without prejudice to the rights of the United States, based on the determination that such a dismissal is commensurate with the public interest and that the claims do not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

A proposed order accompanies this notice.

<table>
<tr><td></td><td>Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PETER D. LEARY<br>United States Attorney<br>Middle District of Georgia<br><br>E. BOWEN REICHERT SHOEMAKER<br>Assistant United States Attorney<br>Middle District of Georgia<br><br>*/s/ David W. Tyler*<br>JAMIE ANN YAVELBERG<br>SARA MCLEAN<br>DAVID W. TYLER<br>Attorneys, Civil Division<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202.305.3988<br>david.w.tyler2@usdoj.gov</td></tr>
<tr><td>Dated: March 15, 2024</td><td>*Attorneys for the United States of America*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 15, 2024, a copy of the foregoing was served on the attorneys of record in this case via the Court's electronic filing system.

*/s/ David W. Tyler*

2